| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____    Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   APC Holding 1 LLC

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   45-5150290

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **116 Nostrand Ave** **Brooklyn, NY 11205** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings** | **Location of principal assets, if different from principal place of business** |
| County | **568 Willoughby Avenue Brooklyn, NY 11206** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **APC Holding 1 LLC**  Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **73 Empire Development LLC** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Southern District of New York** | When **2/21/19** | Case number, if known **19-22285** |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor  **APC Holding 1 LLC**  Case number (*if known*) _____
         Name

11. **Why is the case filed in *this district*?**   *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ■ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
    ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
    ☐ 100-199           ☐ 10,001-25,000       ☐ More than 100,000
    ☐ 200-999

15. **Estimated Assets**

    ☐ $0 - $50,000                ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000                ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | APC Holding 1 LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 20, 2019**
MM / DD / YYYY

X **/s/ David Goldwasser, authorized signatory of GC Realty Advisors**
Signature of authorized representative of debtor

**David Goldwasser, authorized signatory of GC Realty Advisors**
Printed name

Title **Vice President**

**18. Signature of attorney**

X **/s/ Mark Frankel**
Signature of attorney for debtor

Date **May 20, 2019**
MM / DD / YYYY

**Mark Frankel**
Printed name

**Backenroth Frankel & Krinsky, LLP**
Firm name

**800 Thrid Avenue**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone **(212) 593-1100**    Email address

**1989 NY**
Bar number and State

Fill in this information to identify the case:

Debtor name: **APC Holding 1 LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Abrams Fensterman LLP<br>1 Metrotech Center<br>Suite 1701<br>Brooklyn, NY 11201 | | | | | | $150,400.00 |
| Amrum Oberlender<br>253 Rutledge street<br>Brooklyn, NY 11249 | | | Unliquidated | | | $500,000.00 |
| E&S Maintenance<br>P. O. Box 190917<br>Brooklyn, NY 11219 | | | Unliquidated | | | $330.00 |
| Oriental Lumber<br>1154 Flushing Ave<br>Brooklyn, NY 11237 | | | Unliquidated | | | $202.06 |
| Water & Sewer<br>POB 11863<br>Newark, NJ 07101 | | | Unliquidated | | | $263.32 |
| Waterfront Property Management<br>116 Nostrand Avenue<br>Brooklyn, NY 11205 | | | | | | $2,166.80 |

# United States Bankruptcy Court
### Southern District of New York

In re  **APC Holding 1 LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 20, 2019**

**/s/ David Goldwasser, authorized signatory of GC Realty Advisors**
**David Goldwasser, authorized signatory of GC Realty Advisors**/
**Vice President**
Signer/Title

.

Internal Revenue Service
c/o US Attorney Claims Unit
One Saint Andrews Plaza Rm 417
New York, NY 10007


Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014


United States of America
c/o U.S. Attorney
86 Chambers Street
New York, NY 10007


NYS Dept of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205


State of New York
Attorney General's Office
120 Broadway
New York, NY 10271


City of New York
NYC Law Department
100 Church St
New York, NY 10007


NYC Department of Finance
66 John Street
New York, NY 10038


Backenroth Frankel & Krinsky
800 Third Avenue
11th Floor
New York, NY 10022


106 Kingston LLC



1125-1133 Greene Ave LLC

119 Rogers LLC

1213 Jefferson LLC

127 Rogers LLC

167 Hart LLC

325 Franklin LLC

53 Stanhope LLC

55 Stanhope LLC

618 Lafayette LLC

834 Metropolitan Avenue LLC

92 South 4th St LLC


Abrams Fensterman LLP
1 Metrotech Center
Suite 1701
Brooklyn, NY 11201

Amrum Oberlender
253 Rutledge street
Brooklyn, NY 11249

Babak Sarlati/BahmanSharifi
568 Willoughby Avenue
Unit 1
Brooklyn, NY 11206

Brooklyn lender LLC
370 Lexington Ave
Suite 1812
New York, NY 10017

Bryn Suni
568 Willoughby Avenue
Unit 4
Brooklyn, NY 11206

C & YSW, LLC

Courtney Ford & Benjamin Devries
568 Willoughby Avenue
Unit 6
Brooklyn, NY 11206

D & W Real Estate Spring LLC

Dnja Simunovic
568 Willoughby Avenue
Unit 5
Brooklyn, NY 11206

E&S Maintenance
P. O. Box 190917
Brooklyn, NY 11219

Eighteen Homes LLC

Kriss & Feuerstein LLP
360 Lexington Ave
New York, NY 10017

Meserole and Lorimer LLC

Natzliach LLC

Oriental Lumber
1154 Flushing Ave
Brooklyn, NY 11237


Poppy Casey/Theodore Knuetter
568 Willoughby Avenue
Unit 2
Brooklyn, NY 11206


Sidley Austin LLP
787 7th Ave
New York, NY 10019


Thomas Richardson
568 Willoughby Avenue
Unit 3
Brooklyn, NY 11206


Water & Sewer
POB 11863
Newark, NJ 07101


Waterfront Property Management
116 Nostrand Avenue
Brooklyn, NY 11205

# United States Bankruptcy Court
## Southern District of New York

In re  **APC Holding 1 LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **APC Holding 1 LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 20, 2019  
Date

/s/ Mark Frankel  
**Mark Frankel**  
Signature of Attorney or Litigant  
Counsel for  **APC Holding 1 LLC**  
**Backenroth Frankel & Krinsky, LLP**  
**800 Thrid Avenue**  
**New York, NY 10022**  
**(212) 593-1100 Fax:(212) 644-0544**